UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LETICIA LOPEZ-HERNANDEZ,<br><br>    Defendant. | Case No. 1:02-cr-00079-BLW<br><br>**ORDER TO REDUCE SENTENCE** |

Based upon the stipulation between the parties (Dkt. 1271) and the reasons stated therein, it is the judgment of the Court that the sentence of the Defendant, LETICIA LOPEZ-HERNANDEZ, in case number 02-CR-00079-S-BLW, is hereby reduced to time served, this 20th day of January, 2015.

    IT IS SO ORDERED.

DATED: January 20, 2015

B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1